11/30/2023 12:14:18 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 82099182
By: ANDERS, REGINA C
Filed: 11/30/2023 12:14:18 PM

EXHIBIT A

CAUSE NO. 2020-16175

| | | |
|---|---|---|
| GEORGE M. LEE, | § | IN THE DISTRICT COURT OF |
|    Plaintiff, | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| MOHAMMAD ALI CHOUDHRI, | § | |
|    Defendant. | § | 152nd JUDICIAL DISTRICT |

## ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Before the Court is Plaintiff George M. Lee's ("Plaintiff's") Motion for Summary Judgment (the "Motion") against Mohammad Ali Choudhri ("Defendant") for his claims for breach of a guaranty agreement. After considering the Motion, any response, the pleadings, the arguments of counsel, relevant Texas authorities and precedents, and other evidence on file, the Court is of the opinion that the Motion carries merit and, all things considered, should be GRANTED IN FULL. Therefore, it is ORDERED, ADJUDGED, and DECREED that:

1. Plaintiff's Motion for Summary Judgment is GRANTED;

2. Summary judgment on Plaintiff's suit for breach of the July 1, 2014 personal guaranty agreement between George M. Lee and Mohammad Ali Choudhri is entered *for* Plaintiff George M. Lee;

3. Summary judgment on Plaintiff's suit for breach of the July 1, 2014 personal guaranty agreement between George M. Lee and Mohammad Ali Choudhri is entered *against* Defendant Mohammad Ali Choudhri;

4. Plaintiff shall recover the following from Defendant:

   a. Actual damages in the amount of $6,724,402.62;

   b. Reasonable Attorneys' fees in the amount of $143,057.49 pursuant to Texas Civil Practice & Remedies Code § 38.002;

   c. Post-judgment interest at a rate as allowed by law, which is ~~8.25%~~ 8.50% as of the date of this Order, compounded annually,

   d. Post-judgment reasonable and necessary attorneys' fees for collection, and

   e. all of Plaintiff's costs of court.

SIGNED this _____ day of _____ 202\_\_.

Signed: *Robert K Shiffer*
1/31/2024 _____
HONORABLE JUDGE PRESIDING

APPROVED & ENTRY REQUESTED:

**SPONSEL MILLER GREENBERG PLLC**

*/s/ Zachary A. Clark*
Thane Tyler Sponsel III (TBN: 24056361)
Zachary A. Clark (TBN: 24097502)
50 Briar Hollow Lane, Suite 370 West
Houston, Texas 77027
(713) 892-5400 Telephone
(713) 892-5401 Facsimile
sponsel@smglawgroup.com
zachary.clark@smglawgroup.com

**ATTORNEYS FOR PLAINTIFF**

Unofficial Copy Office of Marilyn Burgess District Clerk

2