UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CASE NO. 24-10120-smr |
| TEXAS REIT, LLC | § § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

| | | |
|---|---|---|
| GEORGE LEE | § | |
| Plaintiff | § | |
| | § | |
| v. | § | ADV. NO. 24-1039 |
| | § | |
| TEXAS REIT, LLC and | § | |
| ALI CHOUDHRI | § | |
| Defendants | § | |

### NOTICE OF WITHDRAWAL OF
### MOTION TO EXPUNGE NOTICE OF LIS PENDENS

COMES NOW Texas Reit, LLC, Defendant, and files this Notice of Withdrawal of Motion to Expunge Notice of Lis Pendens and would show as follows:

1. George Lee has withdrawn his notices of lis pendens. Therefore this motion is moot and the Motion to Expunge Lis Pendens should be withdrawn.

2. Debtor reserves all of its rights with respect to the filing of the notices of lis pendens.

BARRON & NEWBURGER, P.C.

Dated: March 10, 2025

_/s/Stephen W. Sather_
STEPHEN W. SATHER
TEXAS BAR NO.: 17657520
7320 N. MOPAC EXPRESSWAY, # 400
AUSTIN, TX 78701
Email: ssather@bn-lawyers.com
PH 512-649-3243

## Certificate of Service

      By my signature below, I certify that this motion was served by CM/ECF to the following on March 10, 2025:

Thane Tyler Sponsel, III
Sponsel Miller Greenberg PLLC
50 Briar Hollow Lane
Suite 370 W
Houston, TX 77027

                                                */s/Stephen W. Sather*
                                                Stephen W. Sather