

**IT IS HEREBY ADJUDGED and DECREED that the below described is WITHDRAWN.**

**Dated: March 10, 2025**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-10120-smr |
| TEXAS REIT, LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

_____

| | | |
|---|---|---|
| GEORGE LEE | § | |
| Plaintiff | § | |
| | § | |
| v. | § | ADV. NO. 24-1039 |
| | § | |
| TEXAS REIT, LLC and | § | |
| ALI CHOUDHRI | § | |
| Defendants | § | |

**ORDER GRANTING**
**MOTION TO EXPUNGE NOTICE OF LIS PENDENS**

CAME ON TO BE CONSIDERED Defendant's Motion to Expunge Notice of Lis Pendns. The Court finds that such motion should be GRANTED.

1

IT IS THEREFORE ORDERED that the Notice of Lis Pendens filed at RP 2024-249043, a copy of which is attached hereto, is hereby released and expunged. A certified copy of this Order may be filed in the Harris County real estate records..

# # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731





**SPONSEL MILLER GREENBERG**

THANE TYLER SPONSEL III
*Member · Attorney at Law*
Direct: 713.756.2601
sponsel@smglawgroup.com

July 13, 2024

<u>*Via Certified Mail, Return Receipt Requested #*</u>
<u>*And U.S. First Class Mail*</u>
Barron & Newburger, P.C.
Attn: Stephen W. Sather
7320 N. MoPac Expy, Suite 400
Austin, Texas 78731

<u>*Via Certified Mail, Return Receipt Requested #*</u>
<u>*And U.S. First Class Mail*</u>
Texas REIT, Inc.
Via Legal Registered Agent Services, Inc.
5900 Balcones Drive, Suite 100
Austin, Texas 78731

Re: *Notice of Lis Pendens*

Dear Barron & Newburger, P.C., and Legal Registered Agent Services, Inc.:

Pursuant to Texas Property Code section 12.007(d), I have enclosed a copy of the Notice of Lis Pendens that has been filed in the Real Property Records of Harris County, Texas on the property located at 8050 – 8098 Westheimer Road, Houston, Texas 77063 under document file code RP-2024-249043.

Please contact me at 713-892-5400 should you have any questions.

Very truly yours,

SPONSEL MILLER GREENBERG PLLC

Thane Tyler Sponsel III
*Counsel for George Lee*

TTS:aj
Enclosures
LEE 00016

**WITHDRAWN**

RP-2024-249043
07/11/2024  RP2  $29.00

| THE STATE OF TEXAS | § | |
|---|---|---|
| | § | NOTICE OF *LIS PENDENS* |
| COUNTY OF HARRIS | § | |

NOTICE IS HEREBY GIVEN THAT Adversary Proceeding No. 24-01039, styled *George M. Lee, Plaintiff vs. Texas REIT LLC and Ali Choudhri, Defendants*, an adversary proceeding filed in the bankruptcy case identified as Case No. 24-10120, styled *In re: Texas REIT LLC, Debtor* in the United States Bankruptcy Court for the Western District of Texas, Austin Division was filed on July 10, 2024.

The adversary proceeding involves title to real property situated in Harris County, Texas, located at 8050 – 8098 Westheimer Road, Houston, Texas 77063 and specifically identified in the attached Exhibit A.

This Notice of Lis Pendens is to serve as notice to all interested parties and the public of the above suit, such suit proceeding for, *inter alia*, a declaratory judgment action that Plaintiff George M. Lee is entitled to enforce a judgment against Texas REIT, LLC as the alter ego of Ali Choudhri. Thus, the suit concerns and affects ownership and authority over the above-referenced tract of real property.

SIGNED on July 11, 2024.

_____
GEORGE M. LEE

| THE STATE OF TEXAS | § | |
|---|---|---|
| | § | |
| COUNTY OF HARRIS | § | |

SWORN TO AND SUBSCRIBED BEFORE ME by George Lee on July 11, 2024.

_____
Notary Public in and for the State of Texas

ROBERT S FRANK JR
Notary Public, State of Texas
Comm. Expires 02-01-2025
Notary ID 12929251-2

[WITHDRAWN watermark across page]

1

# FILED FOR RECORD

2:43:35 PM

Thursday, July 11, 2024

*Leneshia Hudspeth*

**COUNTY CLERK, HARRIS COUNTY, TEXAS**



ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

THE STATE OF TEXAS
COUNTY OF HARRIS

I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED, in the Official Public Records of Real Property of Harris County Texas

Thursday, July 11, 2024

*Leneshia Hudspeth*

COUNTY CLERK
HARRIS COUNTY, TEXAS